UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES PORTER, on his own behalf
and others similarly situated,

    Plaintiff,

vs.                              Case No.: 2:12-cv-150-FtM-29DNF

CAMPING WORLD, INC., a Foreign
Profit Corporation;
FREEDOMROADS,
INC., a Foreign Limited Liability
Company;  EMERALD COAST RV
CENTERS, LLC, a Foreign Profit
Corporation, d/b/a CAMPING
WORLD RV SALES; And CAMPING
WORLD LEASING COMPANY,
LLC, a Foreign Limited Liability
Company;

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

The Parties, by and through the undersigned counsel, hereby notify this Honorable Court that they have reached a full and final resolution of Plaintiff's claims in the above-referenced action and state the following:

The Parties stipulate that Plaintiff's FLSA claims have been resolved in full and without compromise. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982); *see also MacKenzie v. Kindred Hospitals East, LLC*, 276 F Supp. 2d 1211, 1217 (M.D. Fla. 2003). The Parties also resolved Plaintiff's Private Whistleblower claim. As this claim more closely resembles a Title VII, FMLA or ADEA claim, the Parties are not required to seek approval of that claim under *Lynn's Food Stores*. With respect to Plaintiff's FLSA claims, the Parties further stipulate that Plaintiff's counsel's fees were

negotiated separately and apart so as not to affect Plaintiff's recovery. *See Bonetti v. Embarq Management Company*, 2009 WL 2371407, *5 (M.D. Fla. Aug. 4, 2009).

WHEREFORE, pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 22nd day of August, 2012,

| | |
|---|---|
| By:/s/ Christina J. Thomas<br>**CHRISTINA J. THOMAS, ESQUIRE**<br>MORGAN AND MORGAN<br>Florida Bar Number: 074846<br>600 North Pine Island Road, Suite 400<br>Plantation, Florida 33324<br>Telephone: (954) 318-0268<br>Facsimile: (954) 333-3515<br>E-mail: cthomas@forthepeople.com<br><br>*Attorney for Plaintiff* | By: /s/ Linda Noel<br>**LINDA NOEL, ESQUIRE**<br>LITTLER MENDELSON, P.C.<br>Florida Bar No.: 0659606<br>One Biscayne Tower, Suite 1500<br>Two South Biscayne Blvd.<br>Miami, Florida 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br>E-mail: lnoel@littler.com<br><br>*Trial Counsel for Defendants* |